**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JANUARY 26, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

| | |
|---|---|
| WD78238 | James Adams vs. State of Missouri |
| WD78642 | William Walls vs. Missouri Board of Probation and Parole |
| WD78768 | Consolidated with WD78642 |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

| | |
|---|---|
| WD77954 | State of Missouri vs. Eddie E. Glover |
| WD78091 | State of Missouri vs. Marlyn L. Standifer |
| WD78592 | State of Missouri vs. Joseph L. Ruppel |